# UNITED STATES DISTRICT COURT
## District of Minnesota

Samuel Fernandez Rodriguez,

Petitioner(s),

v.

David Easterwood, Joel D. Garcia, Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement and Pamela Bondi,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-945 MJD/DTS

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

t Petitioner Samuel F. R.'s Petition for Writ of Habeas Corpus **[Doc. 1] is DISMISSED without prejudice.**

Date: 2/23/2026

KATE M. FOGARTY, CLERK