# UNITED STATES DISTRICT COURT

## District of Minnesota

Samuel Fernandez Rodriguez,

Petitioner(s),

v.

David Easterwood, Kristi Noem, Todd Lyons, Pam Bondi and Ryan Shea,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-945 MJD/DTS

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Samuel F. R.'s Petition for Writ of Habeas Corpus **[Doc. 1] is DISMISSED without prejudice.**

Date: 2/25/2026

KATE M. FOGARTY, CLERK